UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi (Jackson-3 Divisional Office)

| IN RE: | JAMES BANKS | CASE NO: | 21-00708 |
|---|---|---|---|
| | SHAWN BANKS | CHAPTER: | 13 |

Debtors

**Change of address – Payment for Creditor**

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notifications address                               New Notifications address


Old payment address                                     New payment address
Wells Fargo Auto                                        Wells Fargo Auto
PO Box 17900                                            PO Box 51963
Denver CO 80217-0900                                    Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  BKChapter13@WellsFargo.com


07/23/2025                                  /s/Canell Thornton
                                            Associate Loan Servicing Representative
                                            Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

# CERTIFICATE OF SERVICE

Southern District of Mississippi (Jackson-3 Divisional Office)

| | | | |
|---|---|---|---|
| IN RE: | JAMES BANKS<br>SHAWN BANKS | CASE NO:<br>CHAPTER: | 21-00708<br>13 |

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 07/23/2025 , I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
Canell Thornton
Associate Loan Servicing Representative

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

07/23/2025

/s/Canell Thornton
Associate Loan Servicing Representative
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto