Fill in this information to identify the case:

Debtor 1  **James Earl Banks**

Debtor 2
(Spouse, if filing)  **Shawn Hall Banks**

United States Bankruptcy Court for the:  **Southern**  District of **MS**
(State)

Case number  **21-00708-JAW**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1:  Mortgage Information

**Name of claim holder:**  **USAA Federal Savings Bank**

Court claim no. (if known):
**6**

**Last 4 digits** of any number you use to identify the debtor's account:  **1  9  7  4**

**Property address:**

Number     Street
**215 Hunter Rd**

**Lena**                **MS**    **39094**
City                    State    ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org (web address).

### Part 3:  Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ _____ |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ _____ |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ _____ |
| d. Total amount of arrearages disbursed by the trustee: | $ _____ |

## Part 4: Postpetition Payments

*Check one:*

☐ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☑ Other: Paid in full in section 3.1

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 31,522.13

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ 1617.00

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

X _____  Date ____/____/_____
Signature

Trustee   Harold          J.          Barkley, Jr.
          First Name    Middle Name   Last Name

Address   P O Box 4476
          Number      Street

          Jackson                     MS  39296-4476
          City                        State    ZIP Code

Contact phone ( 601 ) 362_ 6161          Email hjb@hbarkley13.com

# CERTIFICATE

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U.S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

James Earl Banks
Shawn Hall Banks
215 Hunter Road
Lena, MS  39094

USAA Federal Savings Bank
Nationstar Mortgage LLC
d/b/a Mr. Cooper
Post Office Box 619096
Dallas, Texas  75261-9741

Hon. Eric C. Miller
Logsecf@logs.com


Dated: April _____, 2026

HAROLD J. BARKLEY, JR. – MSB # 2008