---

Fill in this information to identify the case:

Debtor 1   James Earl Banks

Debtor 2   Shawn Hall Banks
(Spouse, if filing)

United States Bankruptcy Court for the:  SOUTHERN          District of  MISSISSIPPI
                                                                    (State)

Case number  21-00708-JAW

---

## Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**       USAA FEDERAL SAVINGS BANK          Court claim no. (if known)          6

**Last four digits** of any number you        XXXXXX1974
use to identify the debtors' account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☐ No
☒ Yes.  Date of the last notice:  December 22, 2022

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | 12/22/2025, 3/24/2026 | (9) | $ 4,082.00 |
| 10. Property preservation expenses.  Specify: _____ | | (10) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | James Earl Banks | Case number (*if known*) | 21-00708-JAW |
|---|---|---|---|
| | First Name    Middle Name   Last Name | | |

## Part 2:    Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  */s/Mukta  Suri*                         Date    04/27/2026
Signature

Print:   Mukta                          Suri                   Title    Authorized Agent
         First Name        Middle Name        Last Name

Company   McCalla Raymer Leibert Pierce, LLP

Address   1544 Old Alabama Road
          Number        Street
          Roswell                    GA          30076
          City                       State       ZIP Code

Contact phone    (469) 458-2311               Email    mukta.suri@mccalla.com

Official Form 410S2          **Notice of Postpetition Mortgage Fees, Expenses, and Charges**          p a g e **2**

B 10 (Supplement 2) (12/11)                                    Case:                                                    Page  3

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**In re:**                                      )
                                                )     **Case No.** 21-00708-JAW
James Earl Banks                                )     **Chapter** 13
Shawn Hall Banks                                )
                                                )     **JUDGE:** Jamie A. Wilson

## EXHIBIT B

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Insurance Advances (non-Escrow) | | | $2,026.00 |
| 12/22/2025 | Hazard Insurance Advanced | $2,026.00 | |
| Insurance Advances (non-Escrow) | | | $2,056.00 |
| 03/24/2026 | Hazard Insurance Advanced | $2,056.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                    **$4,082.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

B 10 (Supplement 2) (12/11)                    Case:                                        Page 4

In Re:

Bankruptcy Case No.: 21-00708-JAW
Chapter:              13
Judge:                Jamie A. Wilson

James Earl Banks
Shawn Hall Banks

## CERTIFICATE OF SERVICE

I, Mukta Suri, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

James Earl Banks
215 Hunter Rd
Lena, MS 39094

Shawn Hall Banks
215 Hunter Rd
Lena, MS 39094

Jennifer A Curry Calvillo              *(Served via ECF Notification)*
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Thomas Carl Rollins, Jr               *(Served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Harold J. Barkley, Jr.                *(Served via ECF Notification)*
P.O. Box 4476
Jackson, MS 39296-4476

United States Trustee                 *(Served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: ____04/28/2026____   By:   */s/Mukta  Suri*_____
                    (date)                     Mukta  Suri
                                               Authorized Agent for Creditor