**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                   **CHAPTER 13 NO.:**

**JAMES EARL BANKS AND
SHAWN HALL BANKS**                                   **21-00708 – JAW**

**TRUSTEE'S OBJECTION TO NOTICE OF POST-PETITION
MORTGAGE FEES, EXPENSES AND CHARGES**

COMES NOW Trustee, Harold J. Barkley, Jr., and files his Objection to the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed herein by USAA Federal Savings Bank (DK # 52); and in support thereof would most respectfully show unto this Honorable Court as follows:

1.         That, the Debtors paid the secured mortgage claim of USAA Federal Savings Bank (Creditor) in full through their Confirmed Plan.  There was no provision for ongoing escrow payments for insurance through the Plan.

2.         That, April was the final month of their plan term, the Debtors completed their payments, the Trustee filed the Release of Wages on April 14, 2026, and filed the Trustee's Notice of Disbursements Made to Creditor on April 27, 2026.

3.         That, Creditor filed its Notice of Post petition Mortgage Fees, Expenses, and Charges on April 28, 2026, in the amount of $4,082.00 for non-escrowed insurance advances.

4.         That, as the Debtors' Case is complete, the Trustee should be authorized to make no payments on the requested post-petition insurance advances.

5.         That, Debtors should be responsible for payment on the insurance advances in the amount of $4,082.00 directly and said advances should not be subject to discharge in this Case.

6.         Other grounds to be shown at a hearing hereon.

7.         WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed and upon a hearing hereon this Honorable Court will enter its Order sustaining Trustee's

Objection and for such other, further and general relief to which the Trustee and this bankruptcy estate

may be entitled.

WHEREFORE, PREMISES CONSIDERED, Trustee prays that this Objection be received and filed,

and at a hearing hereon this Honorable Court will enter its Order sustaining Trustee's Objection, and for

such other, further, and general relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: April 30, 2026

Respectfully submitted,
/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
E-MAIL:  HJB@HBARKLEY13.COM

### C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct
copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF
Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Jennifer A. Curry Calvillo
jennifer@therollinsfirm.com

James Earl Banks and Shawn Hall Banks
215 Hunter Road
Lena, MS 39094

Eric C. Miller
logsecf@logs.com

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741

Dated:   April 30, 2026

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.