United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 21-00708-JAW

James Earl Banks                                                          Chapter 13

Shawn Hall Banks
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0538-3                    User: mssbad                                  Page 1 of 2

Date Rcvd: Apr 30, 2026                 Form ID: hn001jaw                          Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + James Earl Banks, Shawn Hall Banks, 215 Hunter Rd, Lena, MS 39094-9784 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2026 19:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 5012546 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2026 19:47:00 | USAA FEDERAL SAVINGS BANK, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | |
| | on behalf of Creditor USAA FEDERAL SAVINGS BANK logsecf@logs.com |
| Harold J. Barkley, Jr. | |
| | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, |

District/off: 0538-3                    User: mssbad                          Page 2 of 2
Date Rcvd: Apr 30, 2026                 Form ID: hn001jaw                      Total Noticed: 3

hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Jennifer A Curry Calvillo
on behalf of Debtor James Earl Banks jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo
on behalf of Joint Debtor Shawn Hall Banks jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Joint Debtor Shawn Hall Banks trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor James Earl Banks trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 8

Form hn001jaw (07/21)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**James Earl Banks**
**Shawn Hall Banks**

**CASE NO. 21−00708−JAW**

**DEBTORS.**

**CHAPTER 13**

### NOTICE OF HEARING

　　　USAA Federal Savings Bank has filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges (the "Notice") (Dkt. #52) with the Court in the above−styled case.

　　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

　　　The Court will hold an evidentiary hearing (the "Hearing") May 18, 2026, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Notice and the Trustee's Objection (Dkt. #53).

　　　If you filed a response, you or your attorney are required to attend the Hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The Hearing will be electronically recorded by the Court.

Dated: 4/30/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

<u>Parties Noticed</u>:

James Earl Banks, Debtor

Shawn Hall Banks, Joint Debtor

Thomas Rollins, Esq., Counsel for the Debtors

Jennifer A. Curry Calvillo, Esq., Counsel for the Debtors

Harold J. Barkley, Jr., Trustee

USAA Federal Savings Bank

Nationstar Mortgage LLC d/b/a Mr. Cooper

Eric Miller, Esq.