**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                          **CHAPTER 13 NO.:**

**JAMES EARL BANKS**
**SHAWN HALL BANKS**                                          **21 – 00708 – JAW**

### TRUSTEE'S MOTION UNDER RULE 3002.1(G)(4) TO DETERMINE FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM

THAT, the Trustee states as follows:

1.  The following information relates to the mortgage claim at issue:
    **Name of Claim Holder:  USAA Federal Savings Bank**
    **Court Claim No.:**                                              **6**

    **Last 4 digits of any number used to identify the debtors account:**      1974
    **Property address:       215 Hunter Road**

    | **Lena** | **MS** | **39094** |
    |---|---|---|
    | **City** | **State** | **zip code** |

2.  As of the date of this Motion, the Trustee has disbursed payments to cure arrearages as follows:

    a.  Allowed amount of the prepetition arrearage, if any:       $
    b.  Total amount of the prepetition arrearage disbursed:       $
    c.  Allowed amount of post petition arrearage:                 $
    d.  Total amount of post petition arrearage disbursed:         $
    e.  Total amount of arrearages disbursed:                      $

3.  As of the date of this motion, the Trustee has disbursed payments for post petitions fees expenses, and charges as follows:
    a.  Amount of post petition fees, expenses, and charges
        noticed under Rule 3002.1(c) and not allowed:             $      4,082.00
        **To be paid direct per Order dated 5-19-26**
    b.  Amount of post petition fees, expenses and charges
        disbursed                                                 $      1,617.00
4.  As of the date of this motion, the Trustee made the following
    Payments on the post petition obligations:                    $      31,522.13
    **Paid in full in Section 3.1**

5.  That, the Debtor shall be responsible for post-petition payments beginning  *NA*             .

6.  Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-M24R.

7.    I ask the court for an order under Rule 3002.1(g)(4) determining whether the debtor has cured all arrearages, if any, and paid all post petition amounts required by the plan to be made as of the date of this motion.

Dated:   May ____26____, 2026

Respectfully submitted,

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

James Earl Banks
Shawn Hall Banks
215 Hunter Road
Lena, MS  39094

USAA Federal Savings Bank
Nationstar Mortgage LLC
d/b/a Mr. Cooper
Post Office Box 619096
Dallas, Texas  75261-9741

Hon. Eric C. Miller
Logsecf@logs.com

Hon. Karen A. Maxcy
Karen.maxcy@mccalla.com

Dated:  May ____26_____, 2026

/s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.