**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | James Earl Banks |
| **Debtor 2** (Spouse, if filing) | Shawn Hall Banks |
| United States Bankruptcy Court for the: <u>Southern</u>   District of | **Mississippi** (State) |
| **Case number** | 21-00708-JAW |

## Official Form 410C13-NR

# AMENDED Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| **Part 1:** | **Mortgage Information** |
|---|---|

**Name of claim holder:**   USAA FEDERAL SAVINGS BANK

Court claim no. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: <u>XXXXXX1974</u>

**Property address:**
215 Hunter Rd
Number       Street

Lena, MS 39094
City          State          ZIP Code

| **Part 2:** | **Arrearages** |
|---|---|

The total amount received to cure any arrearages as of the date of this response:   <u>$33,139.13</u>          .

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.
☐  The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this response:   $_____

☒  The amount required to cure any postpetition arrearage has been paid in full.
☐  The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this response:   $0.00

| **Part 3:** | **Postpetition Payment** |
|---|---|

(a)  *Check all that apply:*
☐  The debtors are current on all postpetition payments, including all fees, charges, expenses, escrow, and costs. **\*\*LOAN WAS PAID IN FULL\*\***

☐  The debtors are not current on all postpetition payments.  The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:   _____

☒  The debtors have fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b)  The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 05/05/2026 |
| ii. | Date next postpetition payment from the debtor is due: | N/A |
| iii. | Amount of the next postpetition payment that is due: | N/A |
| iv. | Unpaid principal balance of the loan: | N/A |
| v. | Additional amounts due for any deferred or accrued interest: | N/A |
| vi. | Balance of the escrow account: | $ -3,432.00* |
| vii. | Balance of unapplied funds or funds held in a suspense account: | N/A |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ -3,432.00* |

**\*The Creditor agrees all payments from Trustee have been received. This amount reflects the Escrow Balance remaining due. This is debtor's direct responsibility to pay.**

Debtor
1          **James Earl Banks** _____          Case number **21-00708-JAW**
           First Name   Middle Name   Last Name

| Part 4: | Itemized Payment History |
|---|---|

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtors are not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs, are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- All prepetition and postpetition payments received;
- The application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtors' principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it.  Check the appropriate box.

☐ I am the creditor

☒ I am the claim holder's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗

_/s/Karen A. Maxcy_ _____          Date   _06/22/2026_ _____
Signature

Name         Karen A. Maxcy _____
             First Name        Middle       Last Name
                               Name

Title        Authorized Agent for the Creditor _____

Company      McCalla Raymer Leibert Pierce, LLP _____
             **Identify the corporate servicer as the company if the authorized agent is a servicer.**

Address      1544 Old Alabama Road _____
             Number            Street

             Roswell, GA 30076 _____
             City          State      Zip Code

Contact
phone        770-643-7200 _____          Email   _Karen.Maxcy@mccalla.com_ _____

**Please note that the information may not be current as of the response filing date. The Creditor may have required additional time to compile and verify the necessary data to prepare this response. Accordingly, the figures and representations provided herein may reflect the status of the account as of an earlier date and may not account for more recent activity.**

In Re:   James Earl Banks            Bankruptcy Case No.:   21-00708-JAW
         Shawn Hall Banks            Chapter:              13
                                     Judge:                Jamie A. Wilson

## CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within AMENDED Response to Trustee's Notice of Disbursements Made in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

James Earl Banks
215 Hunter Rd
Lena, MS 39094

Shawn Hall Banks
215 Hunter Rd
Lena, MS 39094

Jennifer A Curry, Esq.              *(served via ECF Notification)*
The Rollins Law Firm
702 W. Pine St
Hattiesburg, MS 39401

Harold J. Barkley, Jr.             *(served via ECF Notification)*
P.O. Box 4476
Jackson, MS 39296-4476

United States Trustee              *(served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   06/22/2026   By:   */s/Karen A. Maxcy*
                (date)            Karen A. Maxcy
                                  Authorized Agent for the Creditor

```
SRV229R-04                  ================================================              6/04/26
SPAR1034                         Payoff Quote Include/Omit Items                         12:32:34
                            ================================================              CPY-EDT
Loan Number            PO Dt  6/04/26        Int Paid To      3/01/26
Inv#   W51   Loan Type 37   Sub Code     00         Next Due Dt     4/01/26      Int Rate        5.250
Prin Bal          602.73              Per Diem Int              .09    Int Calcs         8.18
Optional Items to I-Include or O-Omit:                                  Plan Number       00001
O  Escrow Balance                    .00      O  Total Late Charges              .00
   Interest on Escrow                .00      I  Total NSF Charges               .00
I  Escrow Advance              4,082.00       O  Optional Ins Payment            .00
I  Misc Suspense Bal             550.77       O  Prepayment Penalty              .00
I  Forbearance Bal                   .00      O  Mortgage Ins Premium            .00
O  Subsidy                           .00      O  Other Fees Due                  .00
O  Hazarde Suspense Bal              .00      I  Rebate Points Financed      0000000
   Int on Hazard Loss               .00       O  Deferred Principal              .00
O  Inv. Advance                      .00      O  Recording Fee           0000000000000
I  Corp Advance Bal              30.00-       I  Quote fee               0000000000000
O  Corp Expense Bal            3,797.23       O  Oth2  COUNTY RECORDING FEE  0000000001300
O  Default Int Due                   .00      O  Oth1  PREPAYMENT PENALTY   0000000000000 +
I  Deferred Int                      .00      O  MBS Liq Difference              .00
O  Prepaid Ins Rebate                .00
_  Partial Claims                    .00
Accept Quote - Y/N N                                      PO Amt          4,172.14


   F3=Exit    F5=Refresh   F6=New Loan#   F10=Fees   F16=Suspense   F24=More keys
```