

SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 17, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 NO.: |
| JAMES EARL BANKS | |
| SHAWN HALL BANKS | 21 – 00708 – JAW |

### AGREED ORDER GRANTING TRUSTEE'S MOTION UNDER RULE 3002.1(G)(4)
### TO DETERMINE FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM

THIS CAUSE came before the Court on the Trustee's Motion for Determination of Final Cure and Payment of All Post-Petition Payments [DK #60] and Response by USAA Federal Savings Bank [DK #63]; and the parties agree as follows:

1. The following information relates to the mortgage claim at issue:

   Name of Claim Holder: **USAA FEDERAL SAVINGS BANK**

   Court Claim No.: **6**

   Last 4 digits of any number used to identify the debtors account: **1974**

   Property address: **215 HUNTER ROAD**

   | **LENA** | **MS** | **39094** |
   |---|---|---|
   | City | State | zip code |

2. As of the date of this Order, the Trustee has disbursed payments to cure arrearages as follows:

   a. Allowed amount of the prepetition arrearage, if any: $_____

   b. Total amount of the prepetition arrearage disbursed: $_____

   c. Allowed amount of post petition arrearage: $_____

   d. Total amount of post petition arrearage disbursed: $_____

   e. Total amount of arrearages disbursed: $_____

3.     As of the date of this Order, the Trustee has disbursed payments for post petitions fees expenses, and charges as follows:

     a.     Amount of post petition fees, expenses, and charges noticed under Rule 3002.1(c) and not allowed:     $_____4,082.00_____
     To be paid direct per Order dated 5-19-26

     b.     Amount of post petition fees, expenses and charges disbursed     $_____1,617.00_____

4.     As of the date of this Order, the Trustee made the following Payments on the post petition obligations:     $_____31,522.13_____
Paid in full in section 3.1

5.     That, the Debtor shall be responsible for post-petition payments beginning __N/A_____

That, pursuant to the Order (DK# 57) on the Trustee's Objection to USAA Federal Savings Bank's Notice of Post-Petition Mortgage Fees, Expenses, and Charges, Debtors shall be responsible for the direct payment of the post-petition fees the balance of which is now $3,432.00. Debtors shall pay $650.00 monthly directly to the Creditor starting August 1, 2026, and continue each month until said amount is paid in full.

IT IS THEREFORE ORDERED under Rule 3002.1(g)(4) determining the debtor has cured all arrearages, if any, and paid all post petition amounts required by the plan to be made as of the date of this Order.

##END OF ORDER##

AGREED:

_/s/Joshua C. Lawhorn_____
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

_/s/Karen A. Maxcy_____
KAREN A. MAXCY, ATTORNEY FOR
USAA FEDERAL SAVINGS BANK

_/s/Thomas C. Rollins, Jr._____
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTORS