United States Bankruptcy Court

Southern District of Mississippi

In re:

James Earl Banks

Shawn Hall Banks

    Debtors

Case No. 21-00708-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 17, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + James Earl Banks, Shawn Hall Banks, 215 Hunter Rd, Lena, MS 39094-9784 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 17 2026 19:47:00 | USAA Federal Savings Bank, Nationstar Mortgage LLC, d/b/a Mr. Cooper, Post Office Box 619096, Dallas, TX 75261-9096 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2026        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor USAA FEDERAL SAVINGS BANK logsecf@logs.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jul 17, 2026 | Form ID: pdf012 | Total Noticed: 2 |

Jennifer A Curry Calvillo

on behalf of Debtor James Earl Banks jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Jennifer A Curry Calvillo

on behalf of Joint Debtor Shawn Hall Banks jennifer@therollinsfirm.com
jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

Karen A. Maxcy

on behalf of Creditor USAA FEDERAL SAVINGS BANK karen.maxcy@mccalla.com
BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Shawn Hall Banks trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Debtor James Earl Banks trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 9



SO ORDERED,

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: July 17, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                    CHAPTER 13 NO.:

JAMES EARL BANKS
SHAWN HALL BANKS                                     21 – 00708 – JAW

### AGREED ORDER GRANTING TRUSTEE'S MOTION UNDER RULE 3002.1(G)(4) TO DETERMINE FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM

THIS CAUSE came before the Court on the Trustee's Motion for Determination of Final Cure and Payment of All Post-Petition Payments [DK #60] and Response by USAA Federal Savings Bank [DK #63]; and the parties agree as follows:

1.      The following information relates to the mortgage claim at issue:

Name of Claim Holder: _____ **USAA FEDERAL SAVINGS BANK** _____

Court Claim No.: _____ **6** _____

Last 4 digits of any number used to identify the debtors account: _____ 1974 _____

Property address: _____ **215 HUNTER ROAD** _____

| **LENA** | **MS** | **39094** |
|---|---|---|
| City | State | zip code |

2.      As of the date of this Order, the Trustee has disbursed payments to cure arrearages as follows:

a.      Allowed amount of the prepetition arrearage, if any:      $_____

b.      Total amount of the prepetition arrearage disbursed:      $_____

c.      Allowed amount of post petition arrearage:      $_____

d.      Total amount of post petition arrearage disbursed:      $_____

e.      Total amount of arrearages disbursed:      $_____

3.      As of the date of this Order, the Trustee has disbursed payments for post petitions fees expenses, and charges as follows:

     a.      Amount of post petition fees, expenses, and charges noticed under Rule 3002.1(c) and not allowed:     $_____4,082.00_____
         To be paid direct per Order dated 5-19-26

     b.      Amount of post petition fees, expenses and charges disbursed     $_____1,617.00_____

4.      As of the date of this Order, the Trustee made the following Payments on the post petition obligations:     $ ____31,522.13_____
     Paid in full in section 3.1

5.      That, the Debtor shall be responsible for post-petition payments beginning __N/A_____

That, pursuant to the Order (DK# 57) on the Trustee's Objection to USAA Federal Savings Bank's Notice of Post-Petition Mortgage Fees, Expenses, and Charges, Debtors shall be responsible for the direct payment of the post-petition fees the balance of which is now $3,432.00. Debtors shall pay $650.00 monthly directly to the Creditor starting August 1, 2026, and continue each month until said amount is paid in full.

IT IS THEREFORE ORDERED under Rule 3002.1(g)(4) determining the debtor has cured all arrearages, if any, and paid all post petition amounts required by the plan to be made as of the date of this Order.

##END OF ORDER##

AGREED:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE:  601/362-6161
FAX:  601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

/s/Karen A. Maxcy
KAREN A. MAXCY, ATTORNEY FOR
USAA FEDERAL SAVINGS BANK

/s/Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTORS