United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 21-00708-JAW
James Earl Banks Chapter 13
Shawn Hall Banks
Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 3
Date Rcvd: Aug 31, 2026 Form ID: 3180W Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Earl Banks, Shawn Hall Banks, 215 Hunter Rd, Lena, MS 39094-9784 |
| 4999071 | + | Eric C. Miller, Esq., for USAA Federal Savings Bank, LOGS Legal Group, LLP, 1080 River Oaks Drive, Suite B-202, Flowood, MS 39232-7603 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 31 2026 20:32:00 | USAA Federal Savings Bank, Nationstar Mortgage LLC, d/b/a Mr. Cooper, Post Office Box 619096, Dallas, TX 75261-9096 |
| cr | + | EDI: WFFC2 | Aug 31 2026 23:59:00 | Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 4995885 | + | EDI: CAPITALONE.COM | Aug 31 2026 23:59:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 4995886 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 31 2026 20:31:03 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 4995887 | + | EDI: PHINGENESIS | Aug 31 2026 23:59:00 | Genesis BankCard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5012268 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2026 20:31:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4995888 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 31 2026 20:32:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 4995889 | + | EDI: MAXMSAIDV | Aug 31 2026 23:59:00 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4995889 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 31 2026 20:31:02 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 4997465 | | EDI: MAXMSAIDV | Aug 31 2026 23:59:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4997465 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 31 2026 20:31:12 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 5002199 | | EDI: Q3G.COM | Aug 31 2026 23:59:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4995890 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 31 2026 20:43:12 | Regional Acceptance Co, P.O. Box 6000, Winterville, NC 28590-6000 |
| 4997638 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 31 2026 20:43:12 | Regional Acceptance Corporation, Bankruptcy Section/100-50-01-51, P O Box 1847, Wilson, NC |

| | | | | |
|---|---|---|---|---|
| | | | | 27894-1847 |
| 5012546 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 31 2026 20:32:00 | USAA FEDERAL SAVINGS BANK, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 4995891 | | EDI: WFAUTO | Aug 31 2026 23:59:00 | Wells Fargo Auto, P.O. Box 17900, Denver, CO 80217-0900 |
| 5001412 | + | EDI: WFFC2 | Aug 31 2026 23:59:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving TX 75016-9005 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | USAA FEDERAL SAVINGS BANK |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor USAA FEDERAL SAVINGS BANK logsecf@logs.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Shawn Hall Banks jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor James Earl Banks jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Karen A. Maxcy | on behalf of Creditor USAA FEDERAL SAVINGS BANK karen.maxcy@mccalla.com BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Shawn Hall Banks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| | |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor James Earl Banks trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 9

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **James Earl Banks** (First Name / Middle Name / Last Name) | Social Security number or ITIN | **xxx–xx–1556** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Shawn Hall Banks** (First Name / Middle Name / Last Name) | Social Security number or ITIN | **xxx–xx–7475** |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **21–00708–JAW**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**James Earl Banks**

**Shawn Hall Banks**
aka Shawn Yvette Banks

Dated: 8/31/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**